# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| SEPARATION BY DESIGN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> S & S TECHNICAL, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No._____ <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Separation By Design, Inc. ("SBD"), for its Complaint against S & S Technical, Inc. ("S & S"), alleges as follows:

## PARTIES

1. SBD is an Indiana corporation with its principal place of business in Evansville, Vanderburgh County, Indiana.

2. S & S is a Georgia corporation with its principal place of business in Alpharetta, Forsyth County, Georgia.

## JURISDICTION AND VENUE

3. This is an action for patent infringement in violation of the Patent Act of the United States, 35 U.S.C. §§1 *et seq*.

4. This Court has original and exclusive subject matter jurisdiction over the patent infringement claims for relief under 28 U.S.C. §§1331 and 1338(a).

5. On information and belief, S & S is subject to personal jurisdiction in the Northern District of Georgia (the "District"), consistent with the principles of due process and the Georgia Long Arm Statute, because S & S maintains offices and facilities in the District, offers its products for sale in the District, has transacted business in the District and has committed and/or induced acts of patent infringement in the District.

6. Venue is proper in the District under 28 U.S.C. §§1391(b), 1391(c) and 1400(b).

## FACTUAL BACKGROUND

7. On November 6, 2012, United States Patent No. 8,302,639 ("the '639 Patent") was duly and legally issued to Roy W. Jorgensen as the inventor. The title of the '639 Patent is "Portable Blending System." A true, correct and complete copy of the '639 Patent is attached hereto as **Exhibit A** and incorporated herein by reference.

8. The '639 Patent is valid and in force.

9. The '639 Patent relates to and concerns a portable blending system that blends cleaner burning additives such as ethanol with unblended gasoline.

One of the benefits of the portable blending system is that it is designed to be transportable from one site to another by a user, allowing the user to engage in fuel blending at various selected locations.

10. On April 14, 2017, Roy W. Jorgensen executed an Assignment of Rights in Invention by which he assigned all of his rights in and to the '639 Patent to SBD. A true, correct and complete copy of said Assignment of Rights in Invention is attached hereto and is made a part hereof as **Exhibit B** and incorporated herein by reference.

11. On or about April 26, 2017, said Assignment of Rights and Invention was recorded with the United States Patent and Trademark Office. A true, correct and complete copy of the Notice of Recordation of Assignment of Document showing recording of the Assignment of Rights and Invention is attached hereto as **Exhibit C** and incorporated herein by reference.

12. SBD has developed and marketed a portable blending system using the technology contained and described in the '639 Patent. The SBD portable blending system is a significant product for SBD and contributes to a substantial portion of SBD's revenues.

13. Claim 5 of the '639 Patent states:

"5. A portable blending system for liquid blending, said portable blending system comprising:

a modular platform,

at least one feed pipe releasably attached to a user's storage tank that stores a first liquid component,

a loading arm assembly for transferring said first liquid component to an external storage tank that stores a second liquid component and,

a programmable logic controller to monitor, control and selectively change a volume of said first liquid component delivered to a volume of said second liquid component to create a desired ratio of said first liquid component to said second liquid component in said external storage tank, and

a programmable logic controller on said modular platform and wherein said ratio is determined by data about said external storage tank entered into a card reader located on said modular platform, and electrical means powering said controller and a transfer pump."

14. S & S has infringed and continues to infringe (literally and/or under the Doctrine of Equivalents) one or more claims of the '639 Patent in this judicial district and elsewhere in the United States, by making, using, importing, selling,

and offering for sale a portable blending system using the technology contained and described in the '639 Patent. One example of S & S's infringing product is S & S's blending skid. The photographs below demonstrate that the S & S blending skid falls within the scope of one or more of the claims of the '639 Patent. For example, the blending skid shown in the following photographs includes each and every element of at least Claim 5 of the '639 Patent, as further explained in the subsequent paragraphs:



15.  The S & S blending skid is "a portable blending system for liquid blending" a first liquid component with a second liquid component "to create a desired ratio of said first liquid component to said second liquid component" in an "external storage tank".

16.     The S & S blending skid includes "a modular platform" having components that make up a single work station or terminal for blending the selected liquid components.



17.     The S & S blending skid includes a "feed pipe" that attaches to the storage tank that stores the first liquid component.



18.     The S & S blending skid includes a "loading arm assembly for transferring the selected first liquid component" such as ethanol or biodiesel to the storage tank.

6



19. The S & S blending skid includes "a programmable logic controller" that is situated on the modular platform, and a "card reader" also located on the modular platform. The following photograph shows both the S & S blending skid's controller and card reader.



7

20.     As the photograph below illustrates, the S & S blending skid includes an "electrical means powering said controller and a transfer pump" including at least one power conduit that connects to an external power supply to receive electrical power for the components of the blending system.



21.     Thus, the S & S product has every feature of at least Claim 5 of the '639 Patent.  Accordingly, S & S has infringed and continues to infringe (literally or under the Doctrine of Equivalents) one or more claims of the '639 Patent by making, using, offering to sell and/or selling in the United States a portable blending system that is patented in the United States, including for example and without limitation, its blending skids.

8

COMPLAINT FOR PATENT INFRINGEMENT

22. S & S has profited through the infringement of the '639 Patent. As a result of S & S's unlawful infringement of the '639 Patent, SBD has suffered and will continue to suffer damage. SBD is entitled to recover from S & S the damages suffered by SBD as a result of S & S's unlawful acts.

23. On information and belief, S & S intends to continue its unlawful infringing activity, and SBD continues to and will continue to suffer irreparable harm for which there is no adequate remedy at law from such unlawful infringing activity unless S & S is enjoined by this Court.

## **CLAIM FOR RELIEF**

24. SBD realleges and incorporates by reference the allegations set forth in paragraphs 1 through 23.

25. SBD is the owner of all right, title and interest in the '639 Patent, entitled "Portable Blending System," duly and properly issued by the United States Patent and Trademark Office on November 6, 2012.

26. S & S has not been granted a license, either expressly or impliedly, under the '639 Patent.

27. S & S has been and/or is directly infringing and/or inducing infringement of and/or contributorily infringing the '639 Patent by, among other things, making, using, offering to sell or selling in the United States a portable

blending system that is patented in the United States, for example and without limitation, the S & S blending skid.

28.  S & S's acts of infringement have caused damage to SBD. SBD is entitled to recover from S & S the damages sustained by SBD as a result of the wrongful acts of S & S in an amount subject to proof at trial.

29.  To the extent required by law, SBD has complied with the provisions of 35 U.S.C. Section 287.

## PRAYER FOR RELIEF

WHEREFORE, SBD prays for relief as follows:

a.  For a judgment declaring that S & S has infringed the '639 Patent;

b.  For a judgment awarding SBD compensatory damages as a result of S & S's infringement of the '639 Patent, together with interest and costs, and in no event less than reasonable royalties;

c.  For a judgment declaring that S & S's infringement of the '639 Patent has been willful and deliberate;

d.  For a judgment awarding SBD treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of S & S's willful and deliberate infringement of the '639 Patent;

e.  For a judgment awarding SBD its costs as the prevailing party.

f.  For a judgment declaring that this case is exceptional and awarding SBD its expenses and attorney's fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

g.  For a grant of a permanent injunction pursuant to 35 U.S.C. § 283 enjoining S & S from further acts of infringement; and

h.  For all such other relief as is just and proper in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, SBD hereby demands a trial by jury on all issues triable as of right by a jury.

Respectfully submitted this 22nd day of January, 2018.

*/s/ Arthur A. Gardner*
Arthur A. Gardner, GA Bar No. 283,995
Email:  agardner@gardnergroff.com;
            litigation@gardnergroff.com
GARDNER GROFF GREENWALD & VILLANUEVA, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Tel:  (770) 984-2300
Fax:  (770) 984-0098

*/s/ Keith Rounder*
Keith Rounder, Indiana Bar No. 13758-53 *Pro Hac application forthcoming*

Gary Price, Indiana Bar No. 15051-82 *Pro Hac application forthcoming*
Email:  kround@tbsblaw.com;
          gprice@tbsblaw.com
TERRELL, BAUGH, SALMON & BORN, LLP
700 S. Green River Road, Suite 2000
Evansville, Indiana 47715
Tel:  (812) 479-8721
Fax:  (812) 474-6059


***Attorneys for the Plaintiff Separation By Design, Inc.***

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing and the attached documents comply with LR 5.1, NDGa. The font and point size used in preparing the foregoing document are Times New Roman, 14 pt.

*/s/ Arthur A. Gardner*
**Arthur A. Gardner**
Attorney for Plaintiff

COMPLAINT FOR PATENT INFRINGEMENT